IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOAN DEMPSEY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 04-0454-CV-W-HFS |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |

**MEMORANDUM TO THE PARTIES**

A clarification of the order dated July 7, 2005, is necessary. As requested by the parties, a jury trial will be held as to the non-governmental defendants, and the claims alleged against the United States will be heard by the undersigned.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

July 13, 2005

Kansas City, Missouri